14986, 14987. DANIEL *v.* THE STATE (two cases).

BLOODWORTH, J. There is sufficient evidence to support the finding of the jury, which is approved by the trial judge, and, as no error of law was committed, the court properly refused a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 15, 1923.

Indictment for assault and battery, etc.; from Randolph superior court—Judge Custer presiding. July 28, 1923.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

14990. RENEW *v.* THE STATE.

The evidence authorized the verdict.

DECIDED NOVEMBER 15, 1923.

Indictment for manufacture of liquor; from Randolph superior court—Judge Custer presiding. July 28, 1923.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

LUKE, J. The defendant was convicted of violating the prohibition statute. The evidence was amply sufficient to authorize the conviction. Indeed, the sheriff testified that the defendant confessed his guilt; and the confession was not denied or attacked. The court, after having approved the verdict, properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*